Robert Geaschel, Plaintiff-Appellant, v. Donald Rokita, Defendant-Appellee.

Gen. No. 67–53. (Abstract of Decision.)

Fifth District.

November 28, 1967.

Sprague and Bock, of Belleville (John A. Bock, Jr. and Nicholas G. Byron, of counsel), for appellants; Brady, Donovan & Hatch (C. R. Brady and Michael B. Constance, of counsel), for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.